# Exhibit A

# INSTRUCTIONS TO ATTORNEYS

To:
George S. Trevor
Pearson, Simon, Warshaw LLP
44 Montgomery St. Suite 2450
San Francisco, CA 94104
415-433-9000

CC:
Incline Texas LLC
VIA FACSIMILE 775-548-9821 or email of pdf
to InfoLTF@gmail.com
Attn: John Sherriff

Re: Paravue bankruptcy claim/lawsuit against the estate of Heller Ehrman LLP

Dear Mr. Trevor:

Paravue Corporation hereby instructs its attorneys, Pearson, Simon & Warshaw, LLP ("PSW"), as follows:

Paravue Corporation ("Paravue"), will receive $225,000.00 from Incline Texas LLC (ITex). Out of this $225,000.00, $200,000.00 will be wired to PSW's client trust account on behalf of Paravue for legal expenses on this case. These funds represent a purchase of proceeds from Paravue's bankruptcy claim against the estate of Heller Ehrman LLP. This purchase is secured by a security interest and lien granted by Paravue to ITex.

This $200,000.00 advance will only be used for legal expenses on this case and not to compensate PSW for its time.

859098.1

## INSTRUCTIONS TO ATTORNEYS (page 2)

Paravue acknowledges the lien of $440,000.00 plus 5% (five percent) of any of the gross proceeds of the case that exceed $3 million and PSW is hereby given notice of such lien.

When and if there are proceeds from this lawsuit/bankruptcy claim, PSW is instructed to give notice to ITex. Upon receipt of ITex's demand, PSW is instructed to wire transfer ITex its share of the proceeds (less a $20 wire transfer fee) to its designated account. This wire shall be sent out no later than one week after PSW receives, and the funds clear, such funds from the bankruptcy estate or insurance companies in the case.

Paravue is not aware of any other liens against the proceeds of this case other than for legal fees and expenses. PSW is instructed not to assist Paravue in creating any additional liens against the proceeds of this lawsuit without the prior written consent of ITex.

If there is a dispute between Paravue and ITex over how cash received from the lawsuit should be dispersed then PSW is instructed to place the disputed funds in an interpleader proceeding in Texas State Court in Houston, Texas. PSW may first deduct $10,000, from the disputed amount, as a deposit against the costs PSW might incur in the interpleader process. This $10,000 only represents a deposit for the costs of initiating and consummating the first phase of the interpleader and is not for representation of Paravue in the dispute. In the Purchase Agreement, the parties commit that the losing party in the interpleader will reimburse PSW for any additional costs.

859098.1

## INSTRUCTIONS TO ATTORNEYS (page 3)

At ITex's periodic request (not more frequently than every four months) Paravue has instructed PSW to provide ITex with short updates on the status of this case subject, to restrictions on attorney client communications.

If PSW stops representing Paravue before Itex's lien is satisfied, Paravue has instructed PSW to notify ITex of the fact. If there are any funds remaining in the client trust account on behalf of Paravue when and if PSW stops representing Paravue, or upon resolution of the lititgation/bankruptcy claim, then Paravue instructs PSW to return the unused funds to ITex within 30 days.

Very Truly Yours,

_[signature]_
Lauren Barghout
CEO and Director
of Paravue Corporation


_____
Zoran Kurtovic
Director of Paravue Corporation

On Behalf of Pearson, Simon & Warshaw, LLP, I hereby
acknowledge receipt of these instructions
_[signature]_
George S. Trevor
4/9/2014

859098.1